No. 85–250.   BLOCK, SECRETARY OF AGRICULTURE *v.* CASTILLO ET AL.   Appeal from D. C. S. D. Tex.   Probable jurisdiction noted.

No. 85–546.   UNITED STATES *v.* MOTTAZ.   C. A. 8th Cir.   Certiorari granted.

No. 84–1894.   SADE *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 84–6721.   JOHNSON ET AL. *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–6817.   LEHMAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–6919.   MILLER *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 85–34.   CAUBLE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 85–51.   RANDLES *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 85–69.   MILBURN ET AL. *v.* UNITED STATES; and
No. 85–5232.   MILBURN *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Reported below: 759 F. 2d 1316.

No. 85–136.   MULVEY *v.* PENNSYLVANIA.   C. A. 3d Cir.   Certiorari denied.

No. 85–157.   JACKSON, AKA ROE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 85–164.   WASHINGTON ET AL. *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–206.   PASCARELLA *v.* NEW MEXICO.   Ct. App. N. M.   Certiorari denied.

No. 85–316.   OWEN *v.* JUDGE OF THE COUNTY COURT, SCHENECTADY COUNTY, ET AL.   Ct. App. N. Y.   Certiorari denied.